IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MARK RILEY,

    **Plaintiff,**

v.          Civil Action No. 5:07cv147
               (Judge Seibert)

NORTHERN REGIONAL JAIL, et al.,

    **Defendants.**

## ORDER DENYING RENEWED MOTION FOR COUNSEL

On November 16, 2007, *pro se* plaintiff, Mark Riley, initiated this civil rights complaint. On January 11, 2008, he filed a letter which has been docketed as a Renewed Motion to Appoint Counsel. As the undersigned noted in his Order dated December 14, 2007, in contrast to a criminal proceeding in which the Court has a duty to assign counsel to represent an indigent defendant in accordance with his constitutional rights, the Court in a civil case has the discretion to request an attorney to represent a person unable to employ counsel. See 28 U.S.C. §1915(e)(1). However, it is well settled that in a civil action the Court should appoint counsel to represent an indigent only after a showing of a particular need or exceptional circumstances. Cook v. Bounds, 518 F.2d 779 (4th Cir. 1975). The plaintiff has again failed to demonstrate that his current circumstances require the appointment of counsel for him to pursue a civil rights cause of action under 42 U.S.C. §1983. Thus, the Court finds that appointment of counsel is not necessary in order for the plaintiff to adequately pursue his complaint. Accordingly, the plaintiff's renewed motion for appointment of counsel (dckt.22) is **DENIED**.

    IT IS SO ORDERED.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* plaintiff and any counsel of record.

DATED: January 23, 2008.

      /s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE